No. 05–253. RUSCITO ET AL. *v.* SWAINE, INC., ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 05–256. RONWIN *v.* ALLSTATE INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–258. AREIZAGA *v.* SPICER. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 05–265. RAINER ET AL. *v.* UNION CARBIDE CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–267. CAIN *v.* CAIN. Ct. App. La., 2d Cir. Certiorari denied.

No. 05–268. BELAIRE ET AL. *v.* BURLINGTON RESOURCES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–270. GRIFFIN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–271. DEBRA F. *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 05–272. GARAMENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA *v.* GERLING GLOBAL REINSURANCE CORPORATION OF AMERICA, US BRANCH, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–281. BUDGET RENT-A-CAR SYSTEM, INC. *v.* CHAPPELL. C. A. 3d Cir. Certiorari denied.

No. 05–305. RESOURCE BANKSHARES CORP. ET AL. *v.* ST. PAUL MERCURY INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 05–306. SUNNEN *v.* NEW YORK STATE DEPARTMENT OF HEALTH, BOARD OF PROFESSIONAL MEDICAL CONDUCT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.